### 17315. GETTERS *v.* THE STATE.

LUKE, J. 1. The defendant was convicted of assault with intent to mur-
der. A careful reading of the charge of the court discloses that it is not
subject to the attack made upon it in the motion for a new trial. Under
the facts of this case the court was not bound, in the absence of a proper
request, to charge the law of confessions. *Sellers* v. *State*, 99 *Ga.* 212
(25 S. E. 178). Neither did the court err in failing to charge the law
relative to impeachment by contradictory statements. Whether a wit-
ness "be impeached or not is for the jury to say; and though others
contradict him, the jury may believe him in preference to them." *Wil-
liams* v. *State*, 69 *Ga.* 14 (28).
2. The evidence authorized the verdict, no error of law is shown, and the
judgment of the court in overruling the motion for a new trial is
Affirmed. Broyles, C. J., and Bloodworth, J., concur.

DECIDED JUNE 15, 1926.

Assault with intent to murder; from Bibb superior court—
Judge Mathews. March 13, 1926.

*J. D. Hughes,* for plaintiff in error.
*Charles H. Garrett, solicitor-general,* contra.

---

Criminal Law, 16 C. J. p. 932, n. 12, 14; p. 1002, n. 12; p. 1013, n.
42; p. 1180, n. 74.